IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Robert Davydov, Derivatively on Behalf of
Acadia Healthcare Company, Inc.
_____,
    Plaintiff(s),

v.    Case No. 3:19-cv-00167

Joey A. Jacobs, et al.
_____,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Acadia Healthcare Company, Inc. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

[ ] This party is an individual.

[x] This party is a publicly held corporation or other publicly held entity, incorporated in or with a principle place of business in Franklin, TN.

[ ] This party is a privately held corporation, incorporated in or with a principle place of business in _____.

[ ] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[ ] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 4/12/19    Signature: s/ Steven A. Riley

Printed Name: Steven A. Riley

Title: Counsel for Acadia Healthcare Company, Inc.

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system upon the following:

Wade B. Cowan
Of Counsel Davies, Humphreys & Reese PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
wcowan@dhhrplc.com

Brian J. Robbins
Stephen J. Oddo
Ashley R. Rifkin
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
arifkin@robbinsarroyo.com

this the 12th day of April, 2019.

                                                                     s/ Steven A. Riley