UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT DAVYDOV, Derivatively on Behalf of ACADIA HEALTHCARE COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| JOEY A. JACOBS, WILLIAM BRENT TURNER, RONALD M. FINCHER, DAVID DUCKWORTH, REEVE B. WAUD, WILLIAM F. GRIECO, WADE D. MIQUELON, WILLIAM M. PETRIE, E. PEROT BISSELL, CHRISTOPHER R. GORDON, VICKY B. GREGG, and HARTLEY R. ROGERS, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-00167 |
| Defendants, | ) ) | |
| -and- | ) ) | |
| ACADIA HEALTHCARE COMPANY, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

**STIPULATION DEFERRING DERIVATIVE
ACTION AND ORDER**

WHEREAS, this derivative action filed by plaintiff Robert Davydov ("Plaintiff") names as individual defendants[1] certain current and former directors and officers of Nominal Defendant Acadia Healthcare Company, Inc. ("Acadia" and, together with the individual defendants, the "Defendants");

WHEREAS, a class action alleging violations of the federal securities laws filed against Acadia and certain of its officers is pending in this Court: *St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc., et al.*, No. 3:18-cv-00988 (the "Federal Securities Class Action");

WHEREAS, the parties agree that, while this derivative action asserts different claims for liability, it does involve some of the same parties and factual allegations as the Federal Securities Class Action;

WHEREAS, it is understood that the defendants in the Federal Securities Class Action anticipate filing a motion to dismiss the consolidated complaint filed by the lead plaintiff appointed in that matter;

WHEREAS, the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), provides in relevant part that all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed during the pendency of the motion to dismiss the Federal Securities Class Action;

WHEREAS, the parties agree that the interests of preserving the parties' and the Court's resources, efficient and effective case management, and moving the case expeditiously towards trial would best be served by deferring this matter until the Court enters an order resolving defendants' anticipated motion to dismiss the Federal Securities Class Action and have further agreed on certain terms, noted below, during the pendency of the deferment;

---

[1] The individual defendants are Joey A. Jacobs, William Brent Turner, Ronald M. Fincher, David Duckworth, Reeve B. Waud, William F. Grieco, Wade D. Miquelon, William M. Petrie, E. Perot Bissell, Christopher R. Gordon, Vicky B. Gregg, and Hartley R. Rogers.

1

WHEREAS, the parties agree that at any time during which the prosecution of this derivative action is deferred pursuant to this Order, any party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party; and

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. This derivative action shall be deferred pending a ruling on defendants' anticipated motion to dismiss the Federal Securities Class Action or until otherwise agreed to by the parties, but subject to each party's right (i) to move the Court to lift or extend the deferral and (ii) to oppose such motions.

2. Plaintiff may file an amended complaint while this case is deferred.

3. The case management conference scheduled for April 22, 2019 at 10:00 a.m. is cancelled and taken off the calendar.

4. Within thirty days of the ruling on defendants' anticipated motion to dismiss the Federal Securities Class Action, the parties shall meet and confer concerning a schedule for further proceedings in this derivative action and advise the Court accordingly.

5. Defendants shall be under no obligation to respond to the complaint, or any amended complaint, while this derivative action is deferred.


IT IS SO ORDERED.


_Eli Richardson_
ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

2

Stipulated and Agreed To:

s/ Ashley R. Rifkin
Brian J. Robbins
Stephen J. Oddo
Ashley R. Rifkin
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
arifkin@robbinsarroyo.com


Wade B. Cowan (BPR #9403)
Of Counsel Davies, Humphreys & Reese PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone:  (615) 256-8125
Facsimile:  (615) 242-7853
wcowan@dhhrplc.com

*Attorneys for Plaintiff*




s/ Steven A. Riley
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700 (Telephone)
615-320-3737 (Facsimile)
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system upon the following:

Wade B. Cowan
Of Counsel Davies, Humphreys & Reese PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
wcowan@dhhrplc.com

Brian J. Robbins
Stephen J. Oddo
Ashley R. Rifkin
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
arifkin@robbinsarroyo.com

this the 12th day of April, 2019.

s/ Steven A. Riley

4